1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12  This Document Relates to:                )
                                             )
13  *Grant Kiser v. Pfizer Inc, et al.*      )   **MDL NO. 1699**
    (06-6118 CRB)                            )   **District Judge:  Charles R. Breyer**
14                                           )
    *Connie Friedman-May, et al. v. Pfizer Inc, et* )
15  *al.*                                    )
    (06-6119 CRB)                            )
16                                           )   **STIPULATION AND ORDER OF**
    *Noralynn Roman, et al. v. Pfizer Inc, et al.* )   **DISMISSAL WITH PREJUDICE**
17  (06-6120 CRB)                            )
                                             )
18  *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* )
    (06-6121 CRB)                            )
19                                           )
    *Robert McCarrell v. Pfizer Inc, et al.* )
20  (06-6124 CRB)                            )
                                             )
21  *Doris Hocker v. Pfizer Inc, et al.*     )
    (06-6129 CRB)                            )
22                                           )
    *Patricia Rogers v. Pfizer Inc, et al.*  )
23  (06-6130 CRB)                            )
                                             )
24  *Robert Bates, et al. v. Pfizer Inc, et al.* )
    (06-6131 CRB)                            )
25                                           )
    *Patrick Lynch v. Pfizer Inc, et al.*    )
26  (06-6132 CRB)                            )
                                             )
27  *Christine Sullivan, et al. v. Pfizer Inc, et al.* )
    (06-6157 CRB)                            )
28                                           )

                                    -1-

EASTW2584625.1

| | | |
|---|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.*<br>(06-6158 CRB) | ) |
| 2 | | ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.*<br>(06-6161 CRB) | ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.*<br>(06-6165 CRB) | ) |
| 5 | | ) |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.*<br>(06-6166 CRB) | ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.*<br>(06-6168 CRB) | ) |
| 8 | | ) |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.*<br>(06-6169 CRB) | ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.*<br>(06-6171 CRB) | ) |
| 11 | | ) |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.*<br>(06-6173 CRB) | ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.*<br>(06-6180 CRB) | ) |
| 14 | | ) |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.*<br>(06-6186 CRB) | ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.*<br>(06-6190 CRB) | ) |
| 17 | | ) |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.*<br>(06-6091 CRB) | ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.*<br>(06-6194 CRB) | ) |
| 20 | | ) |
| 21 | *Terry Smith v. Pfizer Inc, et al.*<br>(06-6195 CRB) | ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.*<br>(06-6196 CRB) | ) |
| 23 | | ) |
| 24 | *Barbara Hall v. Pfizer Inc, et al.*<br>(06-6197 CRB) | ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.*<br>(06-6198 CRB) | ) |
| 26 | | ) |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.*<br>(06-6199 CRB) | ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* | ) |

-2-

1  (06-6200 CRB)

2  *Louis Pratt v. Pfizer Inc, et al.*
   (06-6201 CRB)

3

4  *Paul Madison v. Pfizer Inc, et al.*
   (06-6202 CRB)

5  *Nancy Smith, et al. v. Pfizer Inc, et al.*
   (06-6203 CRB)

6

7  *Walter Johnston v. Pfizer Inc, et al.*
   (06-6204 CRB)

8  *Murry McEwen v. Pfizer Inc, et al.*
   (06-6205 CRB)

9

10 *Charles Griffin, et al. v. Pfizer, Inc, et al.*
   (06-6206 CRB)

11 *Debbie Dethrage v. Pfizer Inc, et al.*
   (06-6207 CRB)

12

13 *Thomas Saunders, et al. v. Pfizer Inc, et al.*
   (06-6208 CRB)

14 *Rex McDonald v. Pfizer Inc, et al.*
   (06-6210 CRB)

15

16 *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*
   (06-6211 CRB)

17 *Marjory Goodwin v. Pfizer Inc, et al.*
   (06-6212 CRB)

18

19 *Joy Glenn, et al. v. Pfizer Inc, et al.*
   (06-6213 CRB)

20 *Connie Henderson, et al. v. Pfizer Inc, et al.*
   (06-6283 CRB)

21

22 *Aubrey Richardson, et al. v. Pfizer Inc, et al.*
   (06-7201 CRB)

23 *Glenn Snyder, et al. v. Pfizer Inc, et al.*
   (06-7202 CRB)

24

25 *Jacques Tetrault, et al. v. Pfizer Inc, et al.*
   (06-7203 CRB)

26 *Patricia Stevens v. Pfizer Inc, et al.*
   (06-7204 CRB)

27

28 *Robert Jennings, et al. v. Pfizer Inc, et al.*
   (06-7205 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\2584625.1

| | |
|---|---|
| 1 | |
| 2 | *Alice Richardson, et al. v. Pfizer Inc, et al.*<br>(06-7206 CRB) )<br>) |
| 3 | *Steve Pardikes v. Pfizer Inc, et al.*<br>(06-7306 CRB) )<br>) |
| 4 | ) |
| 5 | *Rosalyn Chute v. Pfizer Inc, et al.*<br>(06-7381 CRB) )<br>) |
| 6 | *Carolyn Carter v. Pfizer Inc, et al.*<br>(06-7570 CRB) )<br>) |
| 7 | ) |
| 8 | *Margoth Gonzalez v. Pfizer Inc, et al.*<br>(06-7571 CRB) )<br>) |
| 9 | *Albert Blossom, et al. v. Pfizer Inc, et al.*<br>(06-7676 CRB) )<br>) |
| 10 | ) |
| 11 | *Viola Porter v. Pfizer Inc, et al.*<br>(06-7882 CRB) )<br>) |
| 12 | *Tami McKibben, et al. v. Pfizer Inc, et al.*<br>(06-7883 CRB) )<br>) |
| 13 | ) |
| 14 | *Joyce Matson, et al. v. Pfizer Inc, et al.*<br>(06-7958 CRB) )<br>) |
| 15 | *Michael Gatz, v. Pfizer Inc, et al.*<br>(06-7959 CRB) )<br>) |
| 16 | ) |
| 17 | *Shamela Carr v. Pfizer Inc, et al.*<br>(07-0022 CRB) )<br>) |
| 18 | *John Kennedy, Jr., et al. v. Pfizer Inc, et al.*<br>(07-0023 CRB) )<br>) |
| 19 | ) |
| 20 | *Debi Sweet v. Pfizer Inc, et al.*<br>(07-0231 CRB) )<br>) |
| 21 | *Clarence Bridges v. Pfizer Inc, et al.*<br>(07-0413 CRB) )<br>) |
| 22 | ) |
| 23 | *Elizabeth Hilton, et al. v. Pfizer Inc, et al.*<br>(07-0611 CRB) )<br>) |
| 24 | *Jeffrey Howard, et al. v. Pfizer Inc, et al.*<br>(07-0816 CRB) )<br>) |
| 25 | ) |
| 26 | *Brenda Brunson, et al. v. Pfizer Inc, et al.*<br>(07-1280 CRB) )<br>) |
| 27 | *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.* )<br>(07-1353 CRB) ) |
| 28 | |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* (07-1432 CRB) | ) ) ) |
| 2 | | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* (07-1570 CRB) | ) ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* (06-6815 CRB) | ) ) ) |
| 5 | | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* (07-1991 CRB) | ) ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* (07-1992 CRB) | ) ) ) |
| 8 | | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* (07-2630 CRB) | ) ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* (07-2690 CRB) | ) ) ) |
| 11 | | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* (07-2691 CRB) | ) ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* (07-2692 CRB) | ) ) ) |
| 14 | | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* (07-3284 CRB) | ) ) |

16      Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

17   the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

18   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

19   each side bearing its own attorneys' fees and costs.

20

21

22

23

24

25

26

27

28

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2584625.1

DATED: _10-29, 2009_     By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: _Nov. 2, 2009_     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _NOV 1 3 2009_

Hon. Charles R. Breyer
United States District Court

-6-

PFZR/1035934/11132569v.1

EAST\42584625.1